Signed: November 01, 2010



_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**
_____

| | |
|---|---|
| 1 | Ja Vonne M. Phillips, Esq. SBN 187474 |
| 2 | Joseph Chun, Esq. SBN 240208 |
| | **McCarthy & Holthus, LLP** |
| 3 | 1770 Fourth Avenue |
| | San Diego, CA 92101 |
| 4 | Phone (619) 685-4800 |
| 5 | Fax (619) 685-4810 |

Attorney for: Secured Creditor,
Saxon Mortgage Services, Inc.,
it assignees and/or successors

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

In re:                                    ) Case No. 10-47426 N
                                          )
Johnny Laroya Pacle                       ) Chapter   13
Alma Cabotage Pacle,                      )
                                          ) RS No.    JC-5778
         Debtors.                         )
                                          ) **ORDER ON MOTION FOR RELIEF**
                                          ) **FROM AUTOMATIC STAY**
                                          )
                                          ) Date:   10/27/2010
                                          ) Time:   10:30 AM
                                          ) Ctrm:   220
                                          ) Place:  1300 Clay Street
                                          )         Oakland, CA
                                          )
                                          ) Judge:  Randall J. Newsome
                                          )

     The motion of Secured Saxon Mortgage Services, Inc., its assignees and/or successors, for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable Randall J. Newsome. Movant, appeared by and

through its Attorney of Record, McCarthy & Holthus, LLP by Joseph Chun, Esq.. All other appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of Movant, Saxon Mortgage Services, Inc., its assignees and/or successors, in the real property commonly known as 10361 Montana Mountain Street, Las Vegas, NV 89123.

IT IS FURTHER ORDERED that Movant may complete its foreclosure of said real property and proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED Movant, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that this Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

IT IS FURTHER ORDERED The fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

IT IS FURTHER ORDERED that Movant may contact the Debtor to comply with California Civil Code Section 2923.5.

**\*\* END OF ORDER \*\***

**COURT SERVICE LIST**

DEBTOR
Alma Cabotage Pacle
4830 Garnet Common
Fremont, CA 94555

SPECIAL NOTICE
Fremont Bank
c/o Terrance L. Stinnett, Esq
39150 Fremont Boulevard, 3rd Floor
Fremont, CA 94538

DEBTOR
Johnny Laroya Pacle
4830 Garnet Common
Fremont, CA 94555

3